UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY | ) | |
| COMMISSION | ) | |
| 10 S. Howard Street, 3rd Floor | ) | |
| Baltimore, Maryland 21201 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | COMPLAINT AND JURY |
| | ) | TRIAL DEMAND |
| DIXIE HOMECRAFTERS, INC., | ) | |
| 521 McCormick Drive | ) | |
| Glen Burnie, Maryland 21061 | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, Title I of the

Civil Rights Act of 1991 and the Age Discrimination in Employment Act of 1967, as

amended ("ADEA"), to correct unlawful employment practices on the basis of sex, age

and retaliation to provide appropriate relief to Shirley Smith, who was adversely affected

by such practices.  The Commission alleges that Shirley Smith was subjected to verbal

and physical conduct of a sexual nature and verbal conduct of an age-based nature,

constituting harassment by Defendant.  This harassment was sufficiently severe and

pervasive to alter the conditions of Shirley Smith's employment and to create an abusive

hostile working environment based on sex and age.  The Commission further alleges that

Shirley Smith was discharged on the basis of her sex, female, age, 46, and in retaliation

for opposing the sexual and age harassment.

JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Sections 451, 1331,

1337, 1343 and 1345. This action is authorized and instituted pursuant to Section

706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.

Section 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of

1991, 42 U.S.C. Section 1981A, and by Section 7(b) of the Age Discrimination in

Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which

incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938

(the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2.      The unlawful employment practices alleged below were committed within the

jurisdiction of the United States District Court for the District of Maryland.

PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is

an agency of the United States of America charged with the administration, interpretation

and enforcement of Title VII and the ADEA and is expressly authorized to bring this

action by Section 706(f)(1) of Title VII, 42 U.S.C., Section 2000e-5(f)(1), and by Section

7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan

No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4.      At all relevant times, Defendant, Dixie Homecrafters, Inc. (the "Employer"), has

continuously been a corporation doing business in the State of Maryland and the City of

Glen Burnie, and has continuously had the requisite number of employees under Title VII

(at least fifteen) and the ADEA  (at least twenty).

2

5.      At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. Section 2000e-(b), (g) and (h), and Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

STATEMENT OF CLAIMS

6.      More than thirty days prior to the institution of this lawsuit, Shirley Smith filed a charge with the Commission alleging violations of Title VII and the ADEA by Defendant Employer.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7.      Since at least November 2004 , Defendant Employer has engaged in unlawful employment practices at its Glen Burnie, Maryland facility, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. Section 2000e-2(a)(1) and Sections 4(a)(1) of the ADEA, 29 U.S.C. § 623(a)(1).  The practices include subjecting Shirley Smith to unwelcome verbal and physical conduct of a sexual nature and verbal conduct of a discriminatory age-based nature, constituting a sexually and age abusive hostile working environment, and discharging her on or about January 6, 2005, on the basis of her sex, female, and age, 46.

8.      On or about January 6, 2005, Defendant Employer engaged in unlawful employment practices at its Glen Burnie, Maryland facility, in violation of Section 704(a) of Title VII, 42 U.S.C. §§2000e-3(a) and Section 4(d) of the ADEA, 29 U.S.C. § 623(d). The practices include Defendant Employer's discharge of Shirley Smith for complaining and otherwise opposing the sexual and age harassment.

3

9.      The effect of the practices complained of in paragraph numbers 7 and 8 above, has been to deprive Shirley Smith of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex, female, age, 46, and for opposing practices made unlawful under Title VII and the ADEA.

10.     The unlawful employment practices complained of above were intentional.

11.     The unlawful employment practices complained of above were done with malice and/or reckless indifference to the federally protected rights of Shirley Smith.

12.      The unlawful employment practices complained of above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

        Wherefore, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Defendant Employer, its owners, officers, agents, employees, successors, assigns and all persons in active concert or participation with it, from engaging in sexual and age harassment and any other employment practice which discriminates on the basis of sex or age.

B.      Grant a permanent injunction enjoining Defendant Employer, its owners, officers, agents, employees, successors, assigns, and all persons in active concert or participation with it, from engaging in reprisal or retaliation against any person because such person opposed any practice made unlawful under Title VII or the ADEA or participated in any manner in an investigation, civil action, or other proceeding under Title VII or the ADEA.

C.      Order Defendant Employer to institute and carry out policies, practices and programs which provide equal employment opportunities for women and persons age 40 or older, and which eradicate the effects of its past and present unlawful employment practices.

D.      Order Defendant Employer to make whole Shirley Smith by providing appropriate back pay, an equal sum as liquidated damages, and prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

E.      Order Defendant Employer to make whole Shirley Smith by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, in amounts to be determined at trial.

F.      Order Defendant Employer to make whole Shirley Smith, by providing compensation for non-pecuniary losses resulting from the unlawful employment practices described above, including emotional pain and suffering, shock, anxiety, humiliation and loss of enjoyment of life in amounts to be determined at trial.

G.      Order Defendant Employer to pay Shirley Smith punitive damages for its malicious and/or reckless conduct, in an amount to be determined at trial.

H.      Grant such further relief as the Court deems necessary and proper.

I.      Award the Commission its costs in this action.

5

JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

JAMES L. LEE
Deputy General Counsel

GWENDOLYN REAMS
Associate General Counsel

_____/s/_____
JACQUELINE H. MCNAIR
Regional Attorney

_____/s/_____
DEBRA M. LAWRENCE
Bar No. 04312
Supervisory Trial Attorney

_____/s/_____
CECILE C. QUINLAN
Bar No. 06072
Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY
COMMISSION
Baltimore Field Office
10 S. Howard Street, 3rd Flr.
Baltimore, MD  21201
(410) 962-4239